IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PHILANDER WALKER, JR.,          *

      Plaintiff,           *

vs.                             *
                                          CASE NO. 5:07-CV-266 (CDL)
FELISA KNOX,                    *

      Defendant.           *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 5, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of August, 2008.

                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE